**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF SOUTH CAROLINA**
**FLORENCE DIVISION**

| | |
|---|---|
| La'Nisha Hemingway, ) | Case No.: 4:24-cv-03553-JD-TER |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| City of North Myrtle Beach, DANA ) | |
| CROWELL, in her individual ) | **STATUS REPORT** |
| capacity, MIKE PACILEO, in his ) | |
| individual capacity, and KAYLA ) | |
| WALLACE, in her individual ) | |
| capacity, ) | |
| ) | |
| Defendants. ) | |

Pursuant to the Court's directive, Plaintiff's Counsel submits the following report on the status of this litigation:

On June 18, 2024, Plaintiff filed her Summons and Complaint in this Court against the Defendants. On June 19, 2024, Counsel for Defendants, Wilder Harte, Esquire of Richardson Plowden law firm contacted Plaintiff's Counsel and indicated that Defendants were interested in an early mediation to see if the parties could resolve all claims arising out of the underlying incident of this litigation. The parties agreed to mediation the case. After a few scheduling conflicts, the parties participated in an early mediation on October 30, 2024.

The parties recessed the mediation at the end of the day on October 30, 2024, after making significant progress. Plaintiff presented a final demand to Defendants prior to mediation ending in recess. Plaintiff has agreed to leave the settlement demand open for acceptance by Defendant until Friday, November 8, 2024. Defendants' Counsel will present

1

the settlement demand to the City of North Myrtle Beach's City Counsel for its consideration Monday, November 4, 2024.

Counsel for Defendants as agreed to contact the parties' mediator on or before close of business Friday, November 8, 2024, with an answer as to whether Plaintiff's settlement demand is accepted or rejected. Additionally, Defendants' Counsel has agreed to accept service on behalf of all Defendants should the parties not agree to fully resolve their dispute on Friday, November 8, 2024.

The parties are optimistic that an agreement will be reached to settle this matter on or before Friday, November 8, 2024.

                                                            Respectfully submitted,

                                                            s/Tyler D. Bailey
                                                            Federal ID #12294
                                                            BAILEY LAW FIRM, L.L.C.
                                                            Attorney for Plaintiff
                                                            1430 Richland Street (29201)
                                                            P.O. Box 532
                                                            Columbia, South Carolina 29202
                                                            Telephone: (803) 667-9716
                                                            Fax: 1-803-526-7642
                                                            Email: tyler@baileylawfirmsc.com

Columbia, South Carolina