**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF SOUTH CAROLINA**
**FLORENCE DIVISION**

| | |
|---|---|
| La'Nisha Hemingway, ) | Case No.: 4:24-cv-03553-JD-TER |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| City of North Myrtle Beach, DANA ) | **STATUS REPORT** |
| CROWELL, in her individual ) | |
| capacity, MIKE PACILEO, in his ) | |
| individual capacity, and KAYLA ) | |
| WALLACE, in her individual ) | |
| capacity, ) | |
| ) | |
| Defendants. ) | |

Pursuant to the Court's directive, Plaintiff's Counsel submits the following report on the status of this litigation. The parties have reached an agreement in principle. Counsel for Defendant will reduce the entire agreement to writing and submit it to Plaintiff's Counsel and Plaintiff for our consideration. Upon formalizing the agreement, Plaintiff will file the appropriate pleadings with this Court indicating the same.

                    Respectfully submitted,

                    s/Tyler D. Bailey
                    Federal ID #12294
                    BAILEY LAW FIRM, L.L.C.
                    Attorney for Plaintiff
                    1430 Richland Street (29201)
                    P.O. Box 532
                    Columbia, South Carolina 29202
                    Telephone: (803) 667-9716
                    Fax: 1-803-526-7642
                    Email: tyler@baileylawfirmsc.com

Columbia, South Carolina

2