# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH CAROLINA
## FLORENCE DIVISION

| | |
|---|---|
| La'Nisha Hemingway, ) | Case No.: 4:24-cv-03553-JD-TER |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| City of North Myrtle Beach, DANA ) | **STIPULATION OF DISMISSAL** |
| CROWELL, in her individual ) | **WITH PREJUDICE** |
| capacity, MIKE PACILEO, in his | |
| individual capacity, and KAYLA | |
| WALLACE, in her individual | |
| capacity, | |
| ) | |
| Defendants. ) | |

The Plaintiff, by and through her undersigned attorney, stipulate that the above-entitled action is hereby dismissed *with prejudice* pursuant to the terms of Rule 41(a) of the Federal Rules of Civil Procedure.

          Respectfully submitted,

          s/Tyler D. Bailey
          Federal ID #12294
          BAILEY LAW FIRM, L.L.C.
          Attorney for Plaintiff
          1430 Richland Street (29201)
          P.O. Box 532
          Columbia, South Carolina 29202
          Telephone: (803) 667-9716
          Fax: 1-803-526-7642
          Email: tyler@baileylawfirmsc.com

Columbia, South Carolina